UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
*************************************************************
CAPE ANN MARINA CORP.,                    *
                      Plaintiff           *    CIVIL ACTION
vs.                                       *    NO. 07-11983-LTS
                                          *
WATSON INSURANCE AGENCY, INC.,            *
                      Defendant           *
*************************************************************
```

## MOTION FOR SUMMARY JUDGMENT OF THE DEFENDANT, WATSON INSURANCE AGENCY, INC.

The Defendant, Watson Insurance Agency, Inc. ("Watson"), hereby respectfully moves that this Court grant this Motion for Summary Judgment, pursuant to Fed. Rules of Civ. Pro. 56(b) and (c). As reasons therefore, Watson states that there are no disputed issues of material fact and that it is entitled summary judgment as a matter of law. In support of this Motion, Watson relies on the following exhibits:

Exhibit A – Plaintiff's Complaint and Jury Trial Demand;

Exhibit B – Deposition Transcript of Andrew Dominick;

Exhibit C – Deposition Transcript of Tobin Arsenault;

Exhibit D - Deposition Transcript of Anne Linquata;

Exhibit E - Deposition Transcript of Lisa Nolan;

Exhibit F – Documents Produced by ACE Insurance Company.

In addition, Watson relies on its Memorandum of Law, which has been filed herewith.

The Defendant,
Watson Insurance Agency, Inc.,
By its Attorneys,

/s/ William P. Rose

---

William P. Rose – BBO# 557000
Richard E. Heifetz-BBO #229000
Tucker, Heifetz & Saltzman, LLP
100 Franklin Street
Boston, MA 02110
(617) 557-9696 (telephone)
(617) 227-9191 (facsimile)
rose@ths-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2009, I filed a copy of the foregoing by electronic means with the United States District Court for the District of Connecticut using the CM/ECF system, which will send notification to counsel of record.

/s/ William P. Rose

---
William P. Rose