# EXHIBIT B

Volume: 1

Pages: 52

Exhibits: None

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 07-11983

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CAPE ANN MARINA, CORP.,                )

     Plaintiff;                        )

                                     )

   vs.                                )

                                       )

WATSON INSURANCE AGENCY,                )

     Defendant.                        )

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DEPOSITION OF ANDREW DOMINICK, JR., a
witness called on behalf of the Defendant,
pursuant to the provisions of Rule 30 of the
Massachusetts Rules of Civil Procedure,
before Lisa Gallo, a Shorthand Reporter and
Notary Public in and for the Commonwealth of
Massachusetts, at the offices of
Orlando & Associates, One Western Avenue,
Gloucester, Massachusetts 02740, on Friday,
May 22, 2009, commencing at 10:05 a.m.

ORIGINAL

APPEARANCES:


BY ATTORNEY BRIAN S. McCORMICK
   LAW OFFICES OF ORLANDO & ASSOCIATES
   One Western Avenue
   Gloucester, MA 02740
   P: (978) 283-8100
   for the Plaintiff.


BY ATTORNEY WILLIAM P. ROSE
   LAW OFFICES OF TUCKER, HEIFETZ & SALTZMAN
   100 Franklin Street
   Boston, MA 02110
   P: (617) 557-9696
   for the Defendant.

I N D E X

Deposition of:                Direct

ANDREW DOMINICK, JR.

   By Mr. Rose                 4

E X H I B I T S

No.                                    Page

-- NONE --

```
 1              S T I P U L A T I O N S
 2              It is stipulated by and between
 3       counsel for the respective parties that the
 4       deposition transcript is to be read and
 5       signed by the deponent under the pains and
 6       penalties of perjury; and that the reading
 7       and signing is deemed waived if not
 8       accomplished within 30 days of transcript
 9       delivery; and that all objections, except as
10       to form, and motions to strike are reserved
11       to the time of trial.
12                        *   *   *
13              ANDREW DOMINICK, JR., a witness
14       called for examination by counsel for the
15       Defendant, having been satisfactorily
16       identified by the production of his Florida
17       driver's license, being first sworn by the
18       Notary Public, was examined and testified as
19       follows:
20                        *   *   *
21              DIRECT EXAMINATION
22       BY MR. ROSE:
23    Q.   Mr. Dominick, as you know my name is Bill
24         Rose.  I represent the Watson Insurance
```

```
 1         Agency in this case.  I'm going to be asking
 2         you many questions.  If at any time you don't
 3         understand my question or if it's confusing,
 4         let me know and I'll rephrase it.  Okay?
 5   A.    Okay.  I'm a little hard of hearing so if you
 6         don't mind....
 7   Q.    And I tend to talk sometimes quickly, so slow
 8         me down if --
 9   A.    That's okay.  I just want you to know I'm
10         not --
11   Q.    Okay.  If you need to take a break for any
12         reason or you want to consult with counsel,
13         feel free to let me know.  The only thing I
14         request is if there's a question pending,
15         just answer the question and then we'll take
16         the break.  Okay?
17   A.    Fine.
18   Q.    Lastly, if you can recall that the court
19         reporter is taking down everything that's
20         said, and you may make a gesture or look at a
21         document and say this says X, Y and Z.  And I
22         can see what you're referring to, but the
23         record's not clear.  So try to make sure you
24         say yes or no; that when we're looking at a
```

```
1            document, we'll say this is Exhibit 3 or

2            whatever, just so it's clear what we're

3            talking about.  Okay?

4    A.      Yes.

5    Q.      Could you please state your full name for the

6            record?

7    A.      Andrew Anthony Dominick.

8    Q.      And where do you live?

9    A.      Fort Lauderdale, Florida.

10   Q.      What's the street address?

11   A.      3013 Harbor Drive.

12   Q.      How long have you lived there?

13   A.      13 years.

14   Q.      Are you currently working?

15   A.      No.

16   Q.      When did you last work?

17   A.      1995.

18   Q.      Where were you working then?

19   A.      Cape Ann Marina, Corporation.

20   Q.      What was your position there?

21   A.      I was the president.

22   Q.      How long had you been president then?

23   A.      From 1972 to 1995.

24   Q.      Where is Cape Ann Marina located?
```

```
 1    A.    75 Essex Avenue, Gloucester, Mass.

 2    Q.    Who owns the property upon which Cape Ann

 3          Marina sits?

 4    A.    Dominick Realty Trust.

 5    Q.    Do you have any connection to the Dominick

 6          Realty Trust?

 7    A.    I'm the beneficiary.

 8    Q.    Who is the trustee?

 9    A.    My brother James.

10    Q.    How long has the Dominick Realty Trust owned

11          the property?

12    A.    April Fools Day, 1972.

13    Q.    Is that when the trust purchased it?

14    A.    Yes.

15    Q.    Did you own the property prior to the trust

16          owning it?

17    A.    No.

18    Q.    So your initial connection to the property

19          was purchasing it through your trust?

20    A.    Correct.

21    Q.    Was Cape Ann Marina already located there at

22          the time?

23    A.    Yes.

24    Q.    Did you buy the business as well?
```

1    A.    No.

2    Q.    Did you start the business yourself?

3    A.    Yes.

4    Q.    When did you start Cape Ann Marina?

5    A.    April Fool's Day, 1972.

6    Q.    What existed when you bought the property?

7    A.    There was a marina there.  It was basically a

8          contractor's yard.  And the gentleman that I

9          bought it from was in the demolition

10         business, so it was kind of a mess.

11   Q.    Do you recall the buildings that were in

12         existence at that time?

13   A.    There was a garage on a wharf.

14   Q.    That was it?

15   A.    Yes.

16   Q.    What's your highest level of education?

17   A.    I'm sorry?

18   Q.    What's your highest level of education?

19   A.    I graduated from college.

20   Q.    Where did you go?

21   A.    Boston College.

22   Q.    When did you graduate?

23   A.    1964.

24   Q.    What did you do from college to when you

```
 1          purchased the marina?
 2    A.    I was a pilot in the Air Force in Vietnam.
 3    Q.    How long did you do that?
 4    A.    Two years.
 5    Q.    Did you have any experience working at a
 6          marina prior to buying Cape Ann Marina?
 7    A.    No.
 8    Q.    Do you have any experience in the
 9          construction field?
10    A.    Yes.
11    Q.    What experience did you have?
12    A.    I was a hot-topper.
13    Q.    For whom did you work?
14    A.    My own business with my partner John McNiff.
15    Q.    In Gloucester?
16    A.    Yes.
17    Q.    How long did you have that business?
18    A.    I'm going to say five or six years, in that
19          area.
20    Q.    Have you ever been involved in the
21          development of property other than Cape Ann
22          Marina?
23    A.    No.
24    Q.    Have you ever done construction of any
```

1        buildings?

2    A.   No.

3    Q.   Did you construct buildings at Cape Ann

4        Marina?

5    A.   Did I?

6    Q.   Or did you oversee?  Did you act as a general

7        contractor?  Did you have any involvement in

8        the construction of buildings at Cape Ann

9        Marina?

10   A.   No.

11   Q.   Who took over when you retired?

12   A.   Anne Linquata.

13   Q.   Did you maintain any connection to the

14       business while you were retired?

15   A.   Can you be specific, please?

16   Q.   Well, did you oversee certain activities in

17       connection with the marina?

18   A.   Not really.

19   Q.   Did you go to the property occasionally just

20       to check in and see how things were going?

21   A.   Yes.

22   Q.   Did you review the financial records of the

23       marina after you retired?

24   A.   Once a year.

1    Q.   What was that occasion?

2    A.   To sign the tax returns.

3    Q.   Were you involved in decisions related to the

4         insurance in connection with the marina after

5         you retired?

6    A.   No.

7    Q.   Was that Anne's responsibility?

8    A.   Yes.

9    Q.   So Anne was responsible for the day-to-day

10        operations of the marina when you retired?

11   A.   I mean, we have other managers, you know.

12        And then my daughter and son-in-law came on

13        and my son, so yeah, she was the boss.  She

14        is the boss.

15   Q.   She oversees the people who have

16        responsibilities for particular areas of the

17        business, is that fair?

18   A.   Yes.

19   Q.   If my math is right, I think you said you've

20        lived in Florida for 13 years.  Did you move

21        there after you retired?

22   A.   No, you asked me where I live and how long

23        I've lived there.  I moved to Florida in

24        1972.

```
 1    Q.    Did you operate Cape Ann Marina while you
 2          lived in Florida?
 3    A.    Yes.
 4    Q.    Did you live in the Gloucester area from 1972
 5          to 1995 at least a few months out of the
 6          year?
 7    A.    Yes.
 8    Q.    What was that split?
 9    A.    Well, this year I'll be here July 15th until
10          October 30th.  Then I go do the big boat show
11          in Fort Lauderdale, and that's it.
12    Q.    What about from '72 to '95, can you estimate
13          roughly how many months out of a typical year
14          you would be in Gloucester?
15    A.    At least eight.
16    Q.    Do you know Jim Watson?
17    A.    Yes.
18    Q.    How long have you known him?
19    A.    I'm not good on the records.  When he was
20          with Blackadar.
21    Q.    That's when you first met?
22    A.    Yes.
23    Q.    How did you first meet?
24    A.    We placed the insurance with Blackadar
```

```
 1           Insurance Company, and he was the account

 2           guy.

 3      Q.   Did you have the account with Blackadar

 4           before you met Jim?

 5      A.   No, I met Jim through Blackadar.

 6      Q.   How is it that you ended up with Blackadar?

 7      A.   They're marine insurance people.  They

 8           advertised in the yellow sheet.  They

 9           advertise, we do marinas.

10      Q.   What was the name of the agency at the time,

11           do you know?

12      A.   Blackadar.

13      Q.   Did it become Blackadar and Watson at some

14           point in time?

15      A.   I couldn't tell you that.

16      Q.   At some point in time, Mr. Watson opened up

17           his own agency?

18      A.   I guess.

19      Q.   Do you have any knowledge of that?

20      A.   No.

21      Q.   Do you know who your insurance agent was for

22           the last ten years that you were at Cape Ann

23           Marina?

24      A.   Watson.
```

1   Q.   Jim Watson or Watson Insurance?

2   A.   Whatever the name is.

3   Q.   What types of insurance did you have with the

4        Watson Insurance Agency when you were still

5        running the business?

6   A.   Whatever he told me we needed.

7   Q.   Did you ever have a time where you went to

8        another agency?

9   A.   No.

10  Q.   Did you ever solicit bids from other agencies

11       or quotes?

12  A.   When I was running the business?

13  Q.   Correct.

14  A.   No.

15  Q.   Do you know if that was done after you

16       retired?

17  A.   I don't.

18  Q.   Could you estimate in a typical year how

19       often you saw Jim Watson face-to-face?

20  A.   Once.

21  Q.   When was that?

22  A.   When he would come down with the papers to

23       sell us the insurance.

24  Q.   The proposal?

```
1   A.   I don't know what -- you know -- I guess.
2        "Here's what you need and this is what it's
3        going to cost you."
4   Q.   Did he review the proposal with you?
5   A.   No.  What time frames are you talking about
6        here?
7   Q.   When you were president.
8   A.   Probably not, no.  Anne would just do it.
9   Q.   Would Jim sit down with Anne and go over the
10       proposal?
11  A.   I would assume so.
12  Q.   Typically, you would not be present?
13  A.   I'm present, but I'm in the yard.
14  Q.   You're physically on the property, but you're
15       not involved in the meeting, is that what you
16       mean?
17  A.   Correct.
18  Q.   So is it fair to say you don't know the
19       content of the conversation that Anne and Jim
20       would have when reviewing these proposals
21       typically?
22  A.   My response to that is this: if it satisfied
23       Anne and subsequently my daughter, I trust
24       their judgement, and it would be okay with
```

```
 1          me.  I would typically say, "Are you
 2          comfortable with this?"  And they said yes,
 3          and I'd go back in the yard.
 4    Q.    Were there occasions when you did sit through
 5          a presentation by Jim Watson or anybody else
 6          from the Watson Insurance Agency?
 7    A.    No.
 8    Q.    You don't remember ever doing that?
 9    A.    I was there, but cursory.
10    Q.    Just so my question is clear, I think you
11          said you might pop into the meeting for a
12          little bit and then go back into the yard, is
13          that fair?
14    A.    That is fair.
15    Q.    My question that I'm trying to clarify is
16          have you ever had a meeting, one of these
17          annual  meetings, where you sat through the
18          whole thing and listened to every word that
19          was said by everybody and didn't leave to go
20          out to the yard?
21    A.    That never happened.
22    Q.    Do you recall the last such meeting you were
23          at?
24    A.    After the loss?
```

```
 1   Q.   No, just in terms of going over proposals.
 2        Do you recall any meeting you were at for any
 3        length of time?
 4   A.   No.
 5   Q.   Were you aware of Cape Ann Marina refinancing
 6        the property in early 2000s?
 7   A.   I'm sure.
 8   Q.   I'll give you a more accurate date.  I'm
 9        looking at Exhibit 3 from Anne Linquata's
10        deposition, and it's an appraisal dated
11        April 2 of 2003.  Does that refresh your
12        memory as to when or roughly there was a
13        refinancing of the property?
14   A.   Yes, that's an appraisal for the bank.
15   Q.   And Exhibit 4 to Anne's deposition was the
16        first page of a promissory note dated
17        May 23rd of 2003.  Does that document look
18        familiar to you at all?
19   A.   I'm sure it's a correct document, but I
20        don't -- no.
21   Q.   Did you have any involvement in the
22        refinancing in terms of deciding whether to
23        do it, when to do it, how much to ask for?
24   A.   Yes.
```

```
 1   Q.   With whom did you have those conversations?
 2   A.   Rick Edelstein.
 3   Q.   Who is he?
 4   A.   He's the banker at the -- the bank's been
 5        sold two or three times.
 6   Q.   Is it TD Bank North now?
 7   A.   Yes.
 8   Q.   So you were the one that negotiated on behalf
 9        of Cape Ann Marina for the refinancing?
10   A.   No, we did it together.
11   Q.   What do you mean?
12   A.   Anne and myself.
13   Q.   Oh, okay.  And did you and Anne determine how
14        much money you were looking for and ask the
15        bank?
16   A.   Yes.
17   Q.   And what else did you do?  Did you, like,
18        walk through the property with the appraiser
19        or anything like that?
20   A.   No, I hired the appraisers, the best I can
21        get, and let them do their job.
22   Q.   Did you hire your own appraisal service or
23        did the bank hire somebody?
24   A.   I got a list of appraisers that are
```

```
 1              certified.  I gave them to the bank, and I
 2              said, "Are these qualified people?"  And they
 3              said yes, well, you know, to Anne.  But I
 4              just want to make sure, because I'm in the
 5              marine industry, that they're familiar with
 6              marine properties.  And I selected these
 7              people.
 8    Q.        So the appraisal was done at the request of
 9              Cape Ann Marina, is that what you're saying?
10    A.        Semantics.  The bank needed an appraisal on
11              which to review our loan request, so yes, I
12              retained the appraisers and I paid the
13              appraisers -- I, meaning the company -- and
14              took the appraisal and gave it to the bank.
15    Q.        Did you ever review the appraisal with an eye
16              towards determining how much insurance the
17              marina should have?
18    A.        No.
19    Q.        Do you know if Anne did that?
20    A.        I don't.
21    Q.        Did you ever have any conversations with Anne
22              about the information contained in the
23              appraisal and how that would affect or help
24              establish values for the buildings for
```

1          insurance purposes?

2    A.    No.

3    Q.    Did your daughter Tobin have any involvement

4          in the insurance decisions related to Cape

5          Ann Marina?

6    A.    Yes.

7    Q.    Did you ever talk to her about the appraisal

8          and how it may affect the insurance values

9          for the property?

10   A.    No.

11   Q.    Was the money that was attained from the bank

12         in 2003 used for improving any of the

13         buildings on the property?.

14   A.    I'd have to -- whatever money came in from

15         the bank very definitely went to the company.

16         I mean, that's --

17   Q.    Why don't we say it this way, do you recall

18         any particular significant renovations done

19         to the buildings after the refinancing in

20         2003?

21   A.    I really don't.

22   Q.    So it might have been used to get new

23         curtains or sheets and things like that, but

24         is it fair to say that you don't recall any

| | | |
|---|---|---|
| 1 | | kind of like knocking down walls and putting |
| 2 | | in new buildings or anything significant, is |
| 3 | | that fair? |
| 4 | A. | Yeah.  Yes. |
| 5 | Q. | The loss that we're here to talk about today, |
| 6 | | in the papers it's been referenced as the |
| 7 | | "new hotel," do you understand that? |
| 8 | A. | The what, I'm sorry? |
| 9 | Q. | The new hotel. |
| 10 | A. | On my property? |
| 11 | Q. | Yes. |
| 12 | A. | I don't know what you're talking about. |
| 13 | Q. | There was a collapse of the hotel, correct? |
| 14 | A. | Oh yes. |
| 15 | Q. | How do you designate that building?  What do |
| 16 | | you call it? |
| 17 | A. | It was a 22-unit building connected to the |
| 18 | | swimming pool and connected to the original |
| 19 | | 30 units.  And I really don't have a name for |
| 20 | | it. |
| 21 | Q. | In some of the documents it's been called the |
| 22 | | new hotel to distinguish it from the 30-unit. |
| 23 | A. | Correct. |
| 24 | Q. | The 30-unit hotel was there first? |

1    A.    Yes.

2    Q.    When was that built?

3    A.    In the early 70s.

4    Q.    Did you own the property when that was built?

5    A.    Of course.

6    Q.    And therefore, you owned the property when

7          the new hotel, the 22-unit building was

8          created?

9    A.    Yes.

10   Q.    Do you know when that was built, the 22-unit

11         hotel?

12   A.    Not specifically.

13   Q.    About 1988 maybe?

14   A.    It's probably in that time frame.

15   Q.    Do you know who built it?

16   A.    I had a construction manager, a project

17         manager, Danny Oley.  I don't know what the

18         name of his company was.

19   Q.    He was not an employee of Cape Ann Marina?

20   A.    No.

21   Q.    So you hired an outside project manager?

22   A.    Yes.

23   Q.    And they hired all the subs?

24   A.    Yes.

1   Q.   Do you know how much it cost to build the new

2        hotel?

3   A.   I don't.

4   Q.   It was paid for by Cape Ann Marina I would

5        assume, correct?

6   A.   Either that or Dominick Realty Trust.  I'm

7        not sure how the accountant set it up.  There

8        was an indoor swimming pool built in the new

9        hotel and then everything connected together

10       so we'd be in business 12 months a year.

11  Q.   Who operated the new hotel?

12  A.   Cape Ann Marina Corporation.

13  Q.   Did Cape Ann Marina lease the property from

14       Dominick Realty?

15  A.   Yes.

16  Q.   And is that true of all the buildings and all

17       the land?

18  A.   Everything.

19  Q.   So Dominick Realty Trust was the owner of the

20       whole property and all the improvements on

21       it, and Cape Ann Marina was the tenant

22       renting all of those units and land?

23  A.   You'd have to talk to the accountants.  My

24       understanding is that Dominick Realty Trust

```
 1         owns the land and the buildings but not the
 2         equipment and the furnishings.  That's owned
 3         by Cape Ann Marina, Corporation.  How they do
 4         that, I'm not sure.  As long as I get some
 5         depreciation, that's all I want.  I'm really
 6         not sophisticated on this stuff.
 7   Q.    So the insurance was in the name of Cape Ann
 8         Marina, is that true?
 9   A.    I don't really know.
10   Q.    So you don't know if it was either Dominick
11         Realty Trust or Cape Ann Marina?
12   A.    Well, I know that the bills were paid by the
13         marina.
14   Q.    Do you know of any major renovations to the
15         22-unit hotel after it was built and before
16         the collapse?
17   A.    No.
18   Q.    So it was pretty much in its original state
19         when the collapse happened?
20   A.    Yes.
21   Q.    Did Cape Ann Marina maintain the property?
22   A.    You mean clean the rooms?
23   Q.    Yeah, or make repairs if anything was needed
24         or any of those kind of things?
```

```
 1   A.   Well, we have plumbers, electricians.  I
 2        don't know -- we sweep the streets.  We rely
 3        on contractors, people.
 4   Q.   So Cape Ann Marina would hire, you know,
 5        plumbers --
 6   A.   Hire an electrician, hire a plumber.  If a
 7        glass breaks, you hire the people we've been
 8        doing business with for almost 40 years.
 9   Q.   But Cape Ann Marina would do that, not
10        Dominick Realty Trust?
11   A.   Yes.
12   Q.   And Cape Ann would pay for the maintenance
13        costs?
14   A.   Yes.
15   Q.   Was there a particular person assigned to
16        oversee the hotels?
17   A.   There's a manager.
18   Q.   Do you know who that was?
19   A.   Oh boy.  I know who the present one is.
20        Denise.
21   Q.   And how long has she been the manager?
22   A.   Oh, she's been there a long time.  Tobin can
23        tell you.
24   Q.   As a result of the collapse, the new hotel
```

1          had to be taken down, correct?

2     A.   Yes.

3     Q.   And it has not been replaced?

4     A.   I wish it was.

5     Q.   But is that a yes, it has not been replaced?

6     A.   It's not been replaced.

7     Q.   Do you know of any present plans to replace

8          it?

9     A.   If I had the money, I'd do it in a heartbeat.

10    Q.   Have you looked into sites to replace the

11         hotel?

12    A.   To what, I'm sorry?

13    Q.   I'll withdraw the question.  I'll start over.

14         The new hotel was placed on pilings, correct?

15    A.   Yes, a wharf.

16    Q.   And I believe there was some discussion after

17         the loss of putting it on more solid land?

18    A.   No.

19    Q.   Was the contemplated replacement of the hotel

20         to be put back on the same spot?

21    A.   I never got that far.

22    Q.   How far did it get?

23    A.   I didn't get any money.

24    Q.   Well, you got paid by ACE.

| 1 | A. | Whatever it was. |
| 2 | Q. | Do you know how much it was? |
| 3 | A. | No. |
| 4 | Q. | Do you know how many times ACE paid you some |
| 5 | | money -- you, meaning Cape Ann Marina -- for |
| 6 | | this loss? |
| 7 | A. | No. |
| 8 | Q. | Are you aware that there were some advances |
| 9 | | paid initially? |
| 10 | A. | Yes. |
| 11 | Q. | Do you know how much those were? |
| 12 | A. | I know that we had to take the building down, |
| 13 | | and I came back from Florida.  And I think |
| 14 | | the contractor needed $100,000. |
| 15 | Q. | And the insurance company made an advance for |
| 16 | | $100,000? |
| 17 | A. | Yes. |
| 18 | Q. | And then they made another one for another |
| 19 | | hundred thousand a few months later? |
| 20 | A. | I don't know about that. |
| 21 | Q. | Do you know of any other advances? |
| 22 | A. | No. |
| 23 | Q. | Were you involved in the negotiations with |
| 24 | | ACE? |

1   A.   No, not ACE.

2   Q.   Did you deal with anybody at the Watson

3        Insurance Agency about the claim?

4   A.   No.

5   Q.   Do you know of anybody at Cape Ann Marina who

6        did deal with the Watson Insurance Agency in

7        connection with the claim?

8   A.   I think we've got to make this clear, there

9        were these two gentlemen who were out there

10       from the insurance company measuring the

11       building and that kind of stuff.  Yes, I was

12       with them to adjust the bricks and mortar.  I

13       never had any conversations with anybody from

14       ACE.

15  Q.   Fair enough.  The man you dealt with, was

16       that Bill Mullen?

17  A.   Yes.

18  Q.   And he was an independent insurance adjuster?

19  A.   I don't know what his deal was.

20  Q.   So you don't know what his relationship, if

21       any, was with ACE, correct?

22  A.   All I know is he's the guy they sent out

23       there.

24  Q.   Okay.  And what communications did you have

```
 1          with Mr. Mullen?
 2   A.     He wanted measurements and plans, and that's
 3          what I did.
 4   Q.     What about after the initial paperwork was
 5          provided, did you have conversations with him
 6          about the value of the claim?
 7   A.     They went back and forth how much this was
 8          worth and that's worth.  No, the big claim,
 9          no.
10   Q.     Did somebody from Cape Ann Marina have those
11          conversations?
12   A.     Oh yes.
13   Q.     And who was that?
14   A.     Anne.
15   Q.     Would Anne keep you up to date on the status
16          of those conversations?
17   A.     Yeah, there was no money.
18   Q.     Do you recall any offers that were made by
19          ACE?
20   A.     The one thing I remember was that we were
21          working -- we thought we had $3,000,000 or
22          whatever the coverage was.  And then one day
23          it went from working through this and
24          depreciating and that, and then we got an
```

```
 1           offer of -- I don't even remember the

 2           specific numbers, but there's no way in the

 3           world that we could ever go back into

 4           business.  Out of desperation I was driven to

 5           this office.

 6    Q.     I'm going to show you Exhibit 21 to Anne

 7           Linquata's deposition, specifically page 2.

 8           Have you ever seen that proposal before?

 9    A.     What is your question again, sir?

10    Q.     Have you ever seen the document before?

11    A.     I'm sure I have.  I don't remember it, but

12           I'm sure I have.

13    Q.     I think you said there was a proposal made by

14           Mr. Mullen at some point in time and you

15           weren't sure of the specific numbers.  Does

16           that document look familiar to you at all in

17           terms of numbers that were being offered

18           eventually by ACE?

19    A.     Yeah, I think so.

20    Q.     Did you -- you, meaning Cape Ann Marina,

21           hired people to determine what they thought

22           the value of the loss was, correct?

23    A.     I don't think we did.

24    Q.     How did you come to determine what you
```

```
 1              thought the claim was worth?
 2   A.   We were relying on Mullen and the other
 3        fellow.
 4   Q.   Who was the other guy?
 5   A.   I think there were two of them.
 6   Q.   Do you know what the other person's role was?
 7   A.   No.
 8   Q.   Do you know if they hired somebody to
 9        evaluate the dollar values for each building?
10   A.   No.
11   Q.   Do you know if Cape Ann Marina hired anybody
12        to determine the values of each building on
13        the property?
14   A.   No.
15   Q.   Did you ever look at paperwork that described
16        the buildings and how much each one was
17        worth?
18   A.   No.
19   Q.   Did you ever see insurance policy statement
20        of value forms or other forms that indicated
21        the values of the building?
22   A.   No, they told us.  I don't know that stuff.
23   Q.   Who told you?
24   A.   Watson.
```

```
 1   Q.   Watson told you the value of your own
 2        buildings?
 3   A.   Yes.
 4   Q.   How did they do that?
 5   A.   They insured day in and day out.  Just as
 6        long as we had insurance that was adequate, I
 7        was a satisfied guy.
 8   Q.   Did you ever tour the property with anybody
 9        from Watson Insurance Agency?
10   A.   No.
11   Q.   Did you ever give Watson Insurance Agency any
12        photographs of the interior of the building?
13   A.   Not that I'm aware of.
14   Q.   Do you know if Watson Insurance Agency was
15        ever taken on a tour of the entire property?
16   A.   From time to time, they would have somebody
17        from the insurance -- whoever the person
18        wrote it come out, and they would go through
19        everything.
20   Q.   Were you present when that happened?
21   A.   No.
22   Q.   What's your basis for saying that that
23        happened?
24   A.   I just know it happened.  I said, "Open the
```

```
 1        doors.  Let them" -- you know, we've got

 2        nothing to hide.

 3   Q.   What expertise did the Watson Insurance

 4        Agency tell you they had in terms of

 5        determining values of property?

 6   A.   Watson, when he was with Blackadar, always

 7        stated that this is the type of stuff they

 8        write insurance for; they are marine people.

 9        The basis of my business is marine, and I

10        just wanted to make sure that I was insured

11        for whatever exposure I would have.

12            And I also wanted to make sure, because I

13        had loans from banks -- and my loan

14        agreements very definitely stated that I

15        would have to have insurance.  So I had to

16        satisfy those limits, and I relied on Watson

17        to do it.  It was very clear.

18   Q.   Did the banks receive the policy information?

19   A.   You'd have to ask them.  I know that we're

20        very strict about compliance with the bank,

21        and I've been at that bank for 30, plus more.

22        Whatever they want, they get.

23   Q.   So the bank insisted on having a certain

24        amount -- they insisted on having insurance
```

```
 1              to cover their interest in the property, at

 2              least, right?

 3    A.    You'd have to ask them.  I mean, as long as

 4              they were satisfied with what we were

 5              producing, that was that.

 6    Q.    That's my question.  They had these

 7              requirements of you that certain insurance be

 8              in place, correct?

 9    A.    I'm sure of that.

10    Q.    And how did they satisfy themselves that that

11              insurance was in place?  Did you have to

12              provide that to them or did Watson?

13    A.    I don't know.  If they asked me if I were

14              insured, I would say, "Yes, we're insured."

15              Do they physically have the policies, I

16              really don't know.

17    Q.    Did you give them documentation to tell them

18              what insurance you have?

19    A.    No, I gave them my word.

20    Q.    Did the bank ever say that you had

21              insufficient insurance?

22    A.    Not to my knowledge.

23    Q.    Did the bank ever conduct a review of the

24              insurance that you know of?
```

```
 1   A.   I don't know of that.
 2   Q.   When you refinanced in 2003, did the bank
 3        have requirements about insurance in
 4        connection with that refinancing?
 5   A.   I'm not sure of that.
 6   Q.   What documents are you referring to when you
 7        say that the bank had these requirements?
 8   A.   Well, you go into a bank -- number one, that
 9        appraisal that you just showed, that's the
10        income approach.  That's how it works in
11        marinas.  That's all it is in marinas;
12        there's no other stuff.
13            So they take our financial statements,
14        and they take the appraisal, and they do a
15        review.  And they ask you what you're going
16        to do with the money, I guess, and we tell
17        them.  And they dispense it.
18            In terms of the insurance policies being
19        placed, I don't know.  I really don't know.
20        If they asked me, I'd go into the office and
21        I'd say, "Anne, the bank wants the insurance
22        policies or whatever," and she would take
23        care of it.
24   Q.   And as far as you know, the bank never had
```

```
 1          any problems with the insurance that Cape Ann

 2          Marina had in place?

 3   A.     I never -- no.

 4   Q.     Did you ever determine what the value of the

 5          loss was to the Cape Ann Marina from this

 6          collapse?

 7   A.     No.

 8   Q.     And you don't know how much money was paid by

 9          ACE in payment of that claim?

10   A.     I really don't.

11   Q.     So is it fair to say you don't know whether

12          the insurance was insufficient to cover the

13          entire loss?

14   A.     I was under the assumption, and still am,

15          that we were adequately insured.  If I had

16          the money from them, Watson would still be my

17          agent.  I wouldn't be in this building, and

18          I'd be just doing what I've been doing for 37

19          years.

20   Q.     But what basis do you have to say that you

21          didn't have enough insurance?

22   A.     I assumed we had 3,000,000, I don't know,

23          whatever we were told.

24   Q.     Well, the loss wasn't $3,000,000, right, it
```

```
 1        was less than that?
 2   A.   Yeah, but what I'm saying is at some point we
 3        got a ridiculous offer when I was finally
 4        driven in to this place and said frankly, I'm
 5        getting screwed.
 6   Q.   And that was not the amount that ACE
 7        ultimately paid, correct?
 8   A.   I don't know what they paid, but I know this,
 9        as we were going through, like, those numbers
10        and all that -- we cooperated with everybody
11        and said, "If this is what it is, this is how
12        everything works, okay, that's what I get."
13        And I didn't get it.
14   Q.   Did you ultimately get it, though?
15   A.   No.  I don't know what we got.  I'd have to
16        rely on -- these gentlemen took care of it
17        after that.  I just said I've had it with
18        these guys.
19   Q.   You're suing the Watson Insurance Agency in
20        this case, correct?
21   A.   Yes.
22   Q.   And for what?  What are you saying that
23        Watson owes you?
24   A.   What they said we had, we didn't get.
```

| | | |
|---|---|---|
| 1 | Q. | I'm asking you what that is. |
| 2 | A. | I don't know. |
| 3 | Q. | What's it based on? |
| 4 | A. | There's no point in my going forward and |
| 5 | | trying to figure out what I need when I don't |
| 6 | | have the money to pay people.  I don't do |
| 7 | | things like that. |
| 8 | Q. | You're suing my client.  I'm asking you what |
| 9 | | are you looking for.  What are you saying |
| 10 | | Watson Insurance Agency didn't give you that |
| 11 | | you think that you're entitled to? |
| 12 | A. | We thought we were totally insured adequately |
| 13 | | based on what they told us.  And obviously, |
| 14 | | it wasn't correct or I'd be back in business. |
| 15 | Q. | But you don't know how much the loss was, and |
| 16 | | you don't know how much the insurance company |
| 17 | | paid, is that fair? |
| 18 | A. | If you're asking me for nickels and dimes, |
| 19 | | no, I don't.  If I knew you wanted to ask me |
| 20 | | these questions, I'd go into the office and |
| 21 | | say, "Show me what we've got."  I don't do |
| 22 | | that.  I'm an outdoor guy.  I'm not evading |
| 23 | | your questions.  I don't specifically know, |
| 24 | | but I do know that we don't have the money to |

```
 1              build the building back, which we desperately

 2              need.

 3      Q.      Do you know if ACE paid more than a million

 4              for the building?

 5      A.      I don't.

 6      Q.      Do you know if they paid more than a million

 7              and a half?

 8      A.      I really don't.  I don't know.  I came in

 9              here, and these fellows took care of it.

10      Q.      Were you present at a meeting in this office

11              with Jim Watson, Lisa Nolan and Lynn

12              Lavallee?

13      A.      I don't think I was.

14                  MR. McCORMICK:  I can't answer.  Your

15              best memory.

16      A.      I really don't.  I don't remember.

17      Q.      Do you know who Lisa Nolan is?

18      A.      Yes, I've met her.

19      Q.      And who is she?

20      A.      I don't know.

21      Q.      Do you know if she works for the Watson

22              Insurance Agency?

23      A.      I would assume so, yes.

24      Q.      What was the context of your meetings?
```

```
 1   A.    She'd show up with Jim and they'd meet in
 2         Anne's office.  I guess she manages the
 3         account.  Beyond that, I couldn't tell you.
 4   Q.    Did you ever have any conversations yourself
 5         with Lisa?
 6   A.    No.
 7   Q.    Do you know who Lynn Lavallee is?
 8   A.    No.
 9   Q.    Do you know of anybody else by name at Watson
10         Insurance Agency?
11   A.    No.
12   Q.    I'm sorry if I asked you this already, but
13         Blackadar was your agent right from 1972 when
14         you started the business or no?
15   A.    No.
16   Q.    When did Blackadar become your agent?
17   A.    In the 80s sometime.
18   Q.    Why did you switch to Blackadar?
19   A.    Because the marina kept growing.  We went
20         from basically like a little back mortar
21         operation over there to all the slips and the
22         whale watching, and we just needed a real
23         marina agent.  And that was the most
24         prolific, if you will, guy.
```

1  Q.  Eventually, you had, like, 13 buildings

2      there, right, roughly?

3  A.  I'm not sure how many I have there.  I can

4      count them.

5  Q.  Well, Anne drew a diagram for us and maybe

6      that will help.

7  A.  If it's 13, it's 13.

8  Q.  I wasn't trying to hold you to 13.  It's just

9      a rough.

10  A.  Well, that building we're talking about that

11      collapsed was connected to the pool and

12      connected to the other.  So is that one

13      building or is that three buildings, you

14      know?

15  Q.  Fair enough.  That's Anne's diagram.  And

16      I'll show you also Exhibit 14 from Anne's

17      deposition.  The diagram is, what, Exhibit --

18  A.  Yeah, that's pretty --

19  Q.  Okay.  Have you ever seen Exhibit 14 before?

20         MR. ROSE:  And while I'm in the midst of

21      doing this, I assume this is fine that we

22      don't re-marked everything; we just refer to

23      them as --

24         MR. McCORMICK:  That's fine with me.

```
1              MR. ROSE:  -- as exhibits from Anne's
2        deposition?
3              MR. McCORMICK:  That's fine with me.
4    Q.   Have you ever seen Exhibit 14 to Anne
5         Linquata's deposition before?
6    A.   No.
7    Q.   And as opposed to that specific document,
8         have you ever seen a form like that before?
9    A.   No.
10   Q.   When did the marina's relationship with
11        Watson terminate?
12   A.   That would be after I came into this office
13        and had to have these guys get my money.
14   Q.   2006, 2007, somewhere around there maybe?
15   A.   I'd have to -- I don't know the specific
16        date.  Easy enough to find out.
17   Q.   If I show you Exhibit 25 to Anne's
18        deposition, it appears to be an exchange of
19        e-mails between Lisa Nolan and Anne Linquata
20        about cancellation notices of the insurance
21        that was in place through Watson at that
22        time?
23   A.   I've never seen this.  That's Anne's
24        signature.  That's good enough for me.
```

```
 1   Q.   And these are from June of 2007.  Does that
 2        sound about right, when the relationship
 3        between Cape Ann Marina and Watson Insurance
 4        Agency terminated?
 5   A.   I'm relying on that.
 6   Q.   Okay.  What was your relationship with
 7        Mr. Watson during the 20 years that you did
 8        business together?
 9   A.   We never even went to lunch.
10   Q.   So you'd say it was not cordial?
11   A.   I didn't say that.
12   Q.   How else would you describe it?
13   A.   I thought he was a professional.
14   Q.   Were there times when he helped you out with
15        claims that occurred during those 20 years?
16   A.   No.
17   Q.   Were there times when he helped you out with
18        covering your premium bills for a while
19        during that time?
20   A.   Yes.
21   Q.   Do you know how often that happened?
22   A.   No.
23   Q.   And how would that work, would they pay the
24        insurance company and you would pay Watson
```

```
 1        back?
 2  A.    I don't know.
 3  Q.    Did you have a conversation with Mr. Watson
 4        as to the termination of your relationship?
 5  A.    I don't think so.
 6  Q.    How was that communicated to the Watson
 7        Insurance Agency?
 8  A.    It would be handled through Anne in the
 9        office.
10  Q.    You never spoke to Jim Watson about it?
11  A.    No.
12  Q.    Did you ever speak to Lisa Nolan about it?
13  A.    No.
14  Q.    Did you ever have any conversations with Jim
15        Watson at all about the claim, the collapse
16        of the new hotel?
17  A.    Oh, I'm sure we had conversations.
18  Q.    Do you recall anything specific?
19  A.    No.
20  Q.    Do you recall when they happened?
21  A.    No.
22  Q.    Were they all on the telephone?
23  A.    I'm really not a telephone guy so no.
24  Q.    Well, did you meet face-to-face --
```

```
 1    A.    My only conversation with them was to get the
 2          building down so nobody got hurt.  From that
 3          point on, I was essentially out of the loop.
 4          It was a claim.  I never worried about it.  I
 5          just said, "We've got insurance.  Let's get
 6          back in business."
 7    Q.    So you left it up to Anne to follow through?
 8    A.    Yes, and Mr. Mullen and those fellows were
 9          down there, and things were being dealt with.
10    Q.    Had Cape Ann Marina had any prior property
11          losses that you can remember?
12    A.    Oh gosh, "property" meaning?
13    Q.    As opposed to a workers comp. claim or
14          somebody tripping and falling and --
15    A.    Oh, I'm sure we've had those.
16          MR. McCORMICK:  When you say you're sure
17          you've had those, the personal injury claims
18          or --
19          THE WITNESS:  I don't know.
20          MR. McCORMICK:  When he's talking about
21          property, he's talking about a fire or
22          something to one of the building that you
23          would have to go back and try to get
24          insurance payment for.  Or equipment maybe or
```

```
 1              buildings, things like that.
 2     A.       I had a fire on the barge that I lived on and
 3              it was uninsured.  No, we're not really -- in
 4              the normal -- no, we've never -- this is the
 5              biggest calamity we've ever faced.
 6     Q.       Have you had other property claims, though,
 7              and not maybe of this magnitude but some
 8              damage to a building or whatever?
 9     A.       Yeah, probably.  Yes, but it's so
10              insignificant that I wouldn't, you know....
11     Q.       Do you recall making claims to the insurance
12              company and having those get resolved?
13     A.       No.
14     Q.       Other than the fire on the barge, were there
15              claims that were uninsured or underinsured?
16     A.       I couldn't tell you.
17     Q.       Did you ever look at an insurance policy that
18              covered the property at Cape Ann Marina?
19     A.       No.
20     Q.       You never reviewed one?
21     A.       No.
22     Q.       Did you receive one?
23     A.       I would assume so.
24     Q.       Do you know if Anne ever looked through the
```

1      policies?

2   A.   No, I don't know.

3   Q.   Did you ever go over them with her?

4   A.   No.

5   Q.   Did you ever discuss them with Tobin?

6   A.   No.

7   Q.   Are you aware of any instances when the

8        values of the properties were changed?

9   A.   No.

10  Q.   Did you ever have any discussions with Anne

11       or Tobin, other than if you're satisfied with

12       the insurance, that's fine?  Any other

13       conversations that you had about the amount

14       of insurance that was in place?

15  A.   The only conversations, and it's this simply

16       put, "If you're satisfied, and this is what

17       they tell you we need, and this is what it

18       costs, that's what it is."  I totally relied

19       on what they tell me.

20  Q.   Did you ever give a copy of the appraisal to

21       anybody at Watson Insurance Agency?

22  A.   I don't know.

23  Q.   Do you ever recall giving them any appraisals

24       or any information about the value of the

```
 1       property?
 2  A.   No.
 3            MR. McCORMICK:   Bill, just to be clear,
 4       when you say "you," you mean him personally?
 5       You're talking about Cape Ann Marina?
 6            MR. ROSE:   Fair enough.
 7  Q.   I assume your answer was that you personally
 8       haven't given them any documentation --
 9  A.   Those appraisals -- it says in there
10       someplace that it's for -- whatever purpose
11       it is -- and you're not supposed to banter it
12       around.  I had the appraisal done for the
13       bank.  I gave the appraisal to the bank, and
14       I paid for it, and that's it.
15  Q.   Did you give Watson Insurance Agency any
16       information or documentation about the values
17       of your buildings?
18  A.   No.
19  Q.   When the new hotel was first purchased, did
20       you give them any documentation about the
21       cost of the building?
22  A.   I don't know.  I really don't know.
23  Q.   I may be done.  If you don't mind, hold on a
24       second.
```

1    A.    Take your time.

2              (Discussion off the record.)

3              (Whereupon, the deposition concluded at

4         11:20 a.m.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1           DEPONENT'S ERRATA SHEET AND
               SIGNATURE INSTRUCTIONS

2

3       The original of the Errata Sheet has
been delivered to Attorney Brian S.

4 McCormick.

5       When the Errata Sheet has been completed
by the deponent and signed, a copy thereof

6 should be delivered to each party of record
and the ORIGINAL delivered to Attorney

7 William P. Rose, to whom the original
deposition transcript was delivered.

8

9             INSTRUCTIONS TO DEPONENT

10

11       After reading this volume of your
deposition, indicate any corrections or

11 changes to your testimony and the reasons

12 therefor on the Errata Sheet supplied to you
and sign it.

13       PLEASE DO NOT make marks or notations on
the transcript volume itself.

14

15 REPLACE THIS PAGE OF THE TRANSCRIPT WITH THE
COMPLETED AND SIGNED ERRATA SHEET WHEN

16 RECEIVED.

17

18

19

20

21

22

23

24

ATTACH TO DEPOSITION OF ANDREW DOMINICK, JR.
CASE NAME: CAPE ANN MARINA, CORP. VS WATSON
INSURANCE AGENCY
DATE:  MAY 22, 2009

                    ERRATA SHEET

INSTRUCTIONS:  After reading the transcript
of your deposition, note any change or
correction to your testimony and the reason
therefor on this sheet.  PLEASE DO NOT make
any marks or notations on the transcript
volume itself.  Sign and date this Errata
Sheet (before a Notary Public, if required).
Refer to Page 50 of the transcript for Errata
Sheet distribution instructions.

PAGE   LINE

_____  _____    CHANGE:_____
         REASON:_____
_____  _____    CHANGE:_____
         REASON:_____
_____  _____    CHANGE:_____
         REASON:_____
_____  _____    CHANGE:_____
         REASON:_____
_____  _____    CHANGE:_____
         REASON:_____
_____  _____    CHANGE:_____
         REASON:_____
_____  _____    CHANGE:_____
         REASON:_____
_____  _____    CHANGE:_____
         REASON:_____
_____  _____    CHANGE:_____
         REASON:_____

    I have read the foregoing transcript of
my deposition, and except for any corrections
or changes noted above, I hereby subscribe to
the transcript as an accurate record of the
statements made by me.


                    _____
                    (Andrew Dominick, Jr.)

COMMONWEALTH OF MASSACHUSETTS
MIDDLESEX, ss.

    I, Lisa Gallo, a Shorthand Reporter and
Notary Public in and for the Commonwealth of
Massachusetts, do hereby certify that:
    ANDREW DOMINICK, JR., the witness whose
deposition is hereinbefore set forth, was
duly sworn by me, and that such deposition is
a true record of the testimony given by the
witness to the best of my skill, knowledge,
and ability.
    I further certify that I am not related
to any of the parties in this matter by blood
or marriage and that I am in no way
interested in the outcome of this matter.
    IN WITNESS WHEREOF, I have hereunto set
my hand and my affixed notarial seal this
1st day of June 2009.

                    Lisa Gallo
                    Notary Public

My Commission expires:
January 7, 2016

**A**

ability 52:7
accomplished
  4:8
account 13:1,3
  40:3
accountant
  23:7
accountants
  23:23
accurate 17:8
  51:22
ACE 26:24
  27:4,24 28:1
  28:14,21
  29:19 30:18
  36:9 37:6
  39:3
act 10:6
ACTION 1:5
activities 10:16
address 6:10
adequate 32:6
adequately
  36:15 38:12
adjust 28:12
adjuster 28:18
advance 27:15
advances 27:8
  27:21
advertise 13:9
advertised
  13:8
affect 19:23
  20:8
affixed 52:10
agencies 14:10
agency 1:10
  5:1 13:10,17
  14:4,8 16:6
  28:3,6 32:9
  32:11,14 33:4
  37:19 38:10
  39:22 40:10
  43:4 44:7
  47:21 48:15

51:2
agent 13:21
  36:17 40:13
  40:16,23
agreements
  33:14
Air 9:2
amount 33:24
  37:6 47:13
Andrew 1:13
  3:4 4:13 6:7
  51:1,24 52:4
Ann 1:7 6:19
  6:24 7:2,21
  8:4 9:6,21
  10:3,8 12:1
  13:22 17:5
  18:9 19:9
  20:5 22:19
  23:4,12,13,21
  24:3,7,11,21
  25:4,9,12
  27:5 28:5
  29:10 30:20
  31:11 36:1,5
  43:3 45:10
  46:18 48:5
  51:1
Anne 10:12
  11:9 15:8,9
  15:19,23 17:9
  18:12,13 19:3
  19:19,21
  29:14,15 30:6
  35:21 41:5
  42:4,19 44:8
  45:7 46:24
  47:10
Anne's 11:7
  17:15 40:2
  41:15,16 42:1
  42:17,23
annual 16:17
answer 5:15
  39:14 48:7
Anthony 6:7

anybody 16:5
  28:2,5,13
  31:11 32:8
  40:9 47:21
APPEARAN...
  2:1
appears 42:18
appraisal
  17:10,14
  18:22 19:8,10
  19:14,15,23
  20:7 35:9,14
  47:20 48:12
  48:13
appraisals
  47:23 48:9
appraiser
  18:18
appraisers
  18:20,24
  19:12,13
approach
  35:10
April 7:12 8:5
  17:11
area 9:19 12:4
areas 11:16
asked 11:22
  34:13 35:20
  40:12
asking 5:1 38:1
  38:8,18
assigned 25:15
Associates 1:17
  2:3
assume 15:11
  23:5 39:23
  41:21 46:23
  48:7
assumed 36:22
assumption
  36:14
ATTACH 51:1
attained 20:11
Attorney 2:3,7
  50:3,6

Avenue 1:17
  2:4 7:1
aware 17:5
  27:8 32:13
  47:7
a.m 1:18 49:4

**B**

B 3:12
back 16:3,12
  26:20 27:13
  29:7 30:3
  38:14 39:1
  40:20 44:1
  45:6,23
bank 17:14
  18:6,15,23
  19:1,10,14
  20:11,15
  33:20,21,23
  34:20,23 35:2
  35:7,8,21,24
  48:13,13
banker 18:4
banks 33:13,18
bank's 18:4
banter 48:11
barge 46:2,14
based 38:3,13
basically 8:7
  40:20
basis 32:22
  33:9 36:20
behalf 1:14
  18:8
believe 26:16
beneficiary 7:7
best 18:20
  39:15 52:6
Beyond 40:3
bids 14:10
big 12:10 29:8
biggest 46:5
Bill 4:23 28:16
  48:3
bills 24:12

43:18
bit 16:12
Blackadar
  12:20,24 13:3
  13:5,6,12,13
  33:6 40:13,16
  40:18
blood 52:8
boat 12:10
boss 11:13,14
Boston 2:9
  8:21
bought 8:6,9
boy 25:19
break 5:11,16
breaks 25:7
Brian 2:3 50:3
bricks 28:12
brother 7:9
build 23:1 39:1
building 21:15
  21:17 22:7
  27:12 28:11
  31:9,12,21
  32:12 36:17
  39:1,4 41:10
  41:13 45:2,22
  46:8 48:21
buildings 8:11
  10:1,3,8
  19:24 20:13
  20:19 21:2
  23:16 24:1
  31:16 32:2
  41:1,13 46:1
  48:17
built 22:2,4,10
  22:15 23:8
  24:15
business 7:24
  8:2,10 9:14
  9:17 10:14
  11:17 14:5,12
  23:10 25:8
  30:4 33:9
  38:14 40:14

43:8 45:6
buy 7:24
buying 9:6
_____
C
calamity 46:5
call 21:16
called 1:14
4:14 21:21
cancellation
42:20
Cape 1:7 6:19
6:24 7:2,21
8:4 9:6,21
10:3,8 12:1
13:22 17:5
18:9 19:9
20:4 22:19
23:4,12,13,21
24:3,7,11,21
25:4,9,12
27:5 28:5
29:10 30:20
31:11 36:1,5
43:3 45:10
46:18 48:5
51:1
care 35:23
37:16 39:9
case 5:1 37:20
51:1
certain 10:16
33:23 34:7
certified 19:1
certify 52:4,7
change 51:5,10
51:11,12,13
51:14,15,16
51:17,18
changed 47:8
changes 50:11
51:21
check 10:20
Civil 1:5,15
claim 28:3,7
29:6,8 31:1

36:9 44:15
45:4,13
claims 43:15
45:17 46:6,11
46:15
clarify 16:15
clean 24:22
clear 5:23 6:2
16:10 28:8
33:17 48:3
client 38:8
collapse 21:13
24:16,19
25:24 36:6
44:15
collapsed
41:11
college 8:19,21
8:24
come 14:22
30:24 32:18
comfortable
16:2
commencing
1:18
Commission
52:15
Commonwea...
1:16 52:1,3
communicated
44:6
communicati...
28:24
comp 45:13
company 13:1
19:13 20:15
22:18 27:15
28:10 38:16
43:24 46:12
completed 50:5
50:15
compliance
33:20
concluded 49:3
conduct 34:23
confusing 5:3

connected
21:17,18 23:9
41:11,12
connection 7:5
7:18 10:13,17
11:4 28:7
35:4
construct 10:3
construction
9:9,24 10:8
22:16
consult 5:12
contained
19:22
contemplated
26:19
content 15:19
context 39:24
contractor
10:7 27:14
contractors
25:3
contractor's
8:8
conversation
15:19 44:3
45:1
conversations
18:1 19:21
28:13 29:5,11
29:16 40:4
44:14,17
47:13,15
cooperated
37:10
copy 47:20
50:5
cordial 43:10
CORP 1:7 51:1
Corporation
6:19 23:12
24:3
correct 7:20
14:13 15:17
17:19 21:13
21:23 23:5

26:1,14 28:21
30:22 34:8
37:7,20 38:14
correction 51:5
corrections
50:11 51:21
cost 15:3 23:1
48:21
costs 25:13
47:18
counsel 4:3,14
5:12
count 41:4
course 22:5
court 1:4 5:18
cover 34:1
36:12
coverage 29:22
covered 46:18
covering 43:18
created 22:8
currently 6:14
cursory 16:9
curtains 20:23
_____
D
D 3:1
damage 46:8
Danny 22:17
date 17:8 29:15
42:16 51:2,7
dated 17:10,16
daughter 11:12
15:23 20:3
day 7:12 8:5
29:22 32:5,5
52:10
days 4:8
day-to-day
11:9
deal 28:2,6,19
dealt 28:15
45:9
deciding 17:22
decisions 11:3
20:4

deemed 4:7
Defendant
1:10,14 2:10
4:15
definitely
20:15 33:14
delivered 50:3
50:6,6,7
delivery 4:9
demolition 8:9
Denise 25:20
deponent 4:5
50:5,9
DEPONENT...
50:1
deposition 1:13
3:2 4:4 17:10
17:15 30:7
41:17 42:2,5
42:18 49:3
50:7,11 51:1
51:5,21 52:5
52:5
depreciating
29:24
depreciation
24:5
describe 43:12
described
31:15
designate
21:15
desperately
39:1
desperation
30:4
determine
18:13 30:21
30:24 31:12
36:4
determining
19:16 33:5
development
9:21
diagram 41:5
41:15,17

**dimes** 38:18
**Direct** 3:2 4:21
**discuss** 47:5
**discussion**
  26:16 49:2
**discussions**
  47:10
**dispense** 35:17
**distinguish**
  21:22
**distribution**
  51:8
**DISTRICT** 1:4
  1:4
**document** 5:21
  6:1 17:17,19
  30:10,16 42:7
**documentati...**
  34:17 48:8,16
  48:20
**documents**
  21:21 35:6
**doing** 16:8
  25:8 36:18,18
  41:21
**dollar** 31:9
**Dominick** 1:13
  3:4 4:13,23
  6:7 7:4,5,10
  23:6,14,19,24
  24:10 25:10
  51:1,24 52:4
**doors** 33:1
**drew** 41:5
**Drive** 6:11
**driven** 30:4
  37:4
**driver's** 4:17
**duly** 52:5

——————
         **E**
**E** 3:1,12
**early** 17:6 22:3
**Easy** 42:16
**Edelstein** 18:2
**education** 8:16

            8:18
**eight** 12:15
**either** 23:6
  24:10
**electrician**
  25:6
**electricians**
  25:1
**employee**
  22:19
**ended** 13:6
**entire** 32:15
  36:13
**entitled** 38:11
**equipment**
  24:2 45:24
**Errata** 50:1,3,5
  50:12,15 51:3
  51:7,8
**essentially** 45:3
**Essex** 7:1
**establish** 19:24
**estimate** 12:12
  14:18
**evading** 38:22
**evaluate** 31:9
**eventually**
  30:18 41:1
**everybody**
  16:19 37:10
**examination**
  4:14,21
**examined** 4:18
**exchange**
  42:18
**Exhibit** 6:1
  17:9,15 30:6
  41:16,17,19
  42:4,17
**exhibits** 1:2
  42:1
**existed** 8:6
**existence** 8:12
**experience** 9:5
  9:8,11
**expertise** 33:3

**expires** 52:15
**exposure** 33:11
**eye** 19:15
**e-mails** 42:19

——————
         **F**
**faced** 46:5
**face-to-face**
  14:19 44:24
**fair** 11:17
  15:18 16:13
  16:14 20:24
  21:3 28:15
  36:11 38:17
  41:15 48:6
**falling** 45:14
**familiar** 17:18
  19:5 30:16
**far** 26:21,22
  35:24
**feel** 5:13
**fellow** 31:3
**fellows** 39:9
  45:8
**field** 9:9
**figure** 38:5
**finally** 37:3
**financial** 10:22
  35:13
**find** 42:16
**fine** 5:17 41:21
  41:24 42:3
  47:12
**fire** 45:21 46:2
  46:14
**first** 4:17 12:21
  12:23 17:16
  21:24 48:19
**five** 9:18
**Florida** 4:16
  6:9 11:20,23
  12:2 27:13
**follow** 45:7
**follows** 4:19
**Fools** 7:12
**Fool's** 8:5

**Force** 9:2
**foregoing**
  51:20
**form** 4:10 42:8
**forms** 31:20,20
**Fort** 6:9 12:11
**forth** 29:7 52:5
**forward** 38:4
**frame** 22:14
**frames** 15:5
**Franklin** 2:8
**frankly** 37:4
**free** 5:13
**Friday** 1:17
**full** 6:5
**furnishings**
  24:2
**further** 52:7

——————
         **G**
**Gallo** 1:15 52:3
  52:13
**garage** 8:13
**general** 10:6
**gentleman** 8:8
**gentlemen** 28:9
  37:16
**gesture** 5:20
**getting** 37:5
**give** 17:8 32:11
  34:17 38:10
  47:20 48:15
  48:20
**given** 48:8 52:6
**giving** 47:23
**glass** 25:7
**Gloucester**
  1:17 2:4 7:1
  9:15 12:4,14
**go** 8:20 10:19
  12:10 15:9
  16:3,12,19
  30:3 32:18
  35:8,20 38:20
  45:23 47:3
**going** 5:1 9:18

            10:20 15:3
  17:1 30:6
  35:15 37:9
  38:4
**good** 12:19
  42:24
**gosh** 45:12
**graduate** 8:22
**graduated** 8:19
**growing** 40:19
**guess** 13:18
  15:1 35:16
  40:2
**guy** 13:2 28:22
  31:4 32:7
  38:22 40:24
  44:23
**guys** 37:18
  42:13

——————
         **H**
**H** 3:12
**half** 39:7
**hand** 52:10
**handled** 44:8
**happened**
  16:21 24:19
  32:20,23,24
  43:21 44:20
**Harbor** 6:11
**hard** 5:5
**hearing** 5:5
**heartbeat** 26:9
**HEIFETZ** 2:8
**help** 19:23 41:6
**helped** 43:14
  43:17
**hereinbefore**
  52:5
**hereunto** 52:9
**hide** 33:2
**highest** 8:16,18
**hire** 18:22,23
  25:4,6,6,7
**hired** 18:20
  22:21,23

Page 4

30:21 31:8,11
**hold** 41:8
    48:23
**hotel** 21:7,9,13
    21:22,24 22:7
    22:11 23:2,9
    23:11 24:15
    25:24 26:11
    26:14,19
    44:16 48:19
**hotels** 25:16
**hot-topper**
    9:12
**hundred** 27:19
**hurt** 45:2

_____

**I**

**identified** 4:16
**improvements**
    23:20
**improving**
    20:12
**income** 35:10
**independent**
    28:18
**indicate** 50:11
**indicated**
    31:20
**indoor** 23:8
**industry** 19:5
**information**
    19:22 33:18
    47:24 48:16
**initial** 7:18
    29:4
**initially** 27:9
**injury** 45:17
**insignificant**
    46:10
**insisted** 33:23
    33:24
**instances** 47:7
**instructions**
    50:1,9 51:4,8
**insufficient**
    34:21 36:12

**insurance** 1:10
    4:24 11:4
    12:24 13:1,7
    13:21 14:1,3
    14:4,23 16:6
    19:16 20:1,4
    20:8 24:7
    27:15 28:3,6
    28:10,18
    31:19 32:6,9
    32:11,14,17
    33:3,8,15,24
    34:7,11,18,21
    34:24 35:3,18
    35:21 36:1,12
    36:21 37:19
    38:10,16
    39:22 40:10
    42:20 43:3,24
    44:7 45:5,24
    46:11,17
    47:12,14,21
    48:15 51:2
**insured** 32:5
    33:10 34:14
    34:14 36:15
    38:12
**interest** 34:1
**interested** 52:9
**interior** 32:12
**involved** 9:20
    11:3 15:15
    27:23
**involvement**
    10:7 17:21
    20:3

_____

**J**

**James** 7:9
**January** 52:15
**Jim** 12:16 13:4
    13:5 14:1,19
    15:9,19 16:5
    39:11 40:1
    44:10,14
**job** 18:21

**John** 9:14
**Jr** 1:13 3:4
    4:13 51:1,24
    52:4
**judgement**
    15:24
**July** 12:9
**June** 43:1
    52:10

_____

**K**

**keep** 29:15
**kept** 40:19
**kind** 8:10 21:1
    24:24 28:11
**knew** 38:19
**knocking** 21:1
**know** 4:23 5:4
    5:9,13 11:11
    12:16 13:11
    13:21 14:15
    15:1,1,18
    19:3,19 21:12
    22:10,15,17
    23:1 24:9,10
    24:12,14 25:2
    25:4,18,19
    26:7 27:2,4
    27:11,12,20
    27:21 28:5,19
    28:20,22 31:6
    31:8,11,22
    32:14,24 33:1
    33:19 34:13
    34:16,24 35:1
    35:19,19,24
    36:8,11,22
    37:8,8,15
    38:2,15,16,23
    38:24 39:3,6
    39:8,17,20,21
    40:7,9 41:14
    42:15 43:21
    44:2 45:19
    46:10,24 47:2
    47:22 48:22

48:22
**knowledge**
    13:19 34:22
    52:6
**known** 12:18

_____

**L**

**L** 4:1
**land** 23:17,22
    24:1 26:17
**Lastly** 5:18
**Lauderdale**
    6:9 12:11
**Lavallee** 39:12
    40:7
**LAW** 2:3,8
**lease** 23:13
**leave** 16:19
**left** 45:7
**length** 17:3
**Let's** 45:5
**level** 8:16,18
**license** 4:17
**limits** 33:16
**LINE** 51:9
**Linquata**
    10:12 42:19
**Linquata's**
    17:9 30:7
    42:5
**Lisa** 1:15 39:11
    39:17 40:5
    42:19 44:12
    52:3,13
**list** 18:24
**listened** 16:18
**little** 5:5 16:12
    40:20
**live** 6:8 11:22
    12:4
**lived** 6:12
    11:20,23 12:2
    46:2
**loan** 19:11
    33:13
**loans** 33:13

**located** 6:24
    7:21
**long** 6:12,22
    7:10 9:3,17
    11:22 12:19
    24:4 25:21,22
    32:6 34:3
**look** 5:20 17:17
    30:16 31:15
    46:17
**looked** 26:10
    46:24
**looking** 5:24
    17:9 18:14
    38:9
**loop** 45:3
**loss** 16:24 21:5
    26:17 27:6
    30:22 36:5,13
    36:24 38:15
**losses** 45:11
**lunch** 43:9
**Lynn** 39:11
    40:7

_____

**M**

**MA** 2:4,9
**magnitude**
    46:7
**maintain** 10:13
    24:21
**maintenance**
    25:12
**major** 24:14
**making** 46:11
**man** 28:15
**manager** 22:16
    22:17,21
    25:17,21
**managers**
    11:11
**manages** 40:2
**marina** 1:7
    6:19,24 7:3
    7:21 8:4,7 9:1
    9:6,6,22 10:4

10:9,17,23
11:4,10 12:1
13:23 17:5
18:9 19:9,17
20:5 22:19
23:4,12,13,21
24:3,8,11,13
24:21 25:4,9
27:5 28:5
29:10 30:20
31:11 36:2,5
40:19,23 43:3
45:10 46:18
48:5 51:1
marinas 13:9
35:11,11
marina's 42:10
marine 13:7
19:5,6 33:8,9
marks 50:13
51:6
marriage 52:8
Mass 7:1
Massachusetts
1:4,15,16,17
52:1,4
math 11:19
matter 52:8,9
McCORMI...
2:3 39:14
41:24 42:3
45:16,20 48:3
50:4
McNiff 9:14
mean 11:11
15:16 18:11
20:16 24:22
34:3 48:4
meaning 19:13
27:5 30:20
45:12
measurements
29:2
measuring
28:10
meet 12:23

40:1 44:24
meeting 15:15
16:11,16,22
17:2 39:10
meetings 16:17
39:24
memory 17:12
39:15
mess 8:10
met 12:21 13:4
13:5 39:18
MIDDLESEX
52:1
midst 41:20
million 39:3,6
mind 5:6 48:23
money 18:14
20:11,14 26:9
26:23 27:5
29:17 35:16
36:8,16 38:6
38:24 42:13
months 12:5,13
23:10 27:19
mortar 28:12
40:20
motions 4:10
move 11:20
moved 11:23
Mullen 28:16
29:1 30:14
31:2 45:8
———————
N
N 3:1 4:1
name 4:23 6:5
13:10 14:2
21:19 22:18
24:7 40:9
51:1
need 5:11 15:2
38:5 39:2
47:17
needed 14:6
19:10 24:23
27:14 40:22

negotiated
18:8
negotiations
27:23
never 16:21
26:21 28:13
35:24 36:3
42:23 43:9
44:10 45:4
46:4,20
new 20:22 21:2
21:7,9,22
22:7 23:1,8
23:11 25:24
26:14 44:16
48:19
nickels 38:18
Nolan 39:11,17
42:19 44:12
normal 46:4
North 18:6
notarial 52:10
Notary 1:16
4:18 51:7
52:3,13
notations
50:13 51:6
note 17:16 51:5
noted 51:21
notices 42:20
number 35:8
numbers 30:2
30:15,17 37:9
———————
O
O 4:1
objections 4:9
obviously
38:13
occasion 11:1
occasionally
10:19
occasions 16:4
occurred 43:15
October 12:10
offer 30:1 37:3

offered 30:17
offers 29:18
office 30:5
35:20 38:20
39:10 40:2
42:12 44:9
offices 1:16 2:3
2:8
Oh 18:13 21:14
25:19,22
29:12 44:17
45:12,15
okay 5:4,5,9,11
5:16 6:3
15:24 18:13
28:24 37:12
41:19 43:6
Oley 22:17
Once 10:24
14:20
Open 32:24
opened 13:16
operate 12:1
operated 23:11
operation
40:21
operations
11:10
opposed 42:7
45:13
original 21:18
24:18 50:3,6
50:7
Orlando 1:17
2:3
outcome 52:9
outdoor 38:22
outside 22:21
oversee 10:6,16
25:16
oversees 11:15
owes 37:23
owned 7:10
22:6 24:2
owner 23:19
owning 7:16

owns 7:2 24:1
———————
P
P 2:5,7,9 4:1
50:7
page 3:13
17:16 30:7
50:15 51:8,9
Pages 1:1
paid 19:12
23:4 24:12
26:24 27:4,9
36:8 37:7,8
38:17 39:3,6
48:14
pains 4:5
papers 14:22
21:6
paperwork
29:4 31:15
particular
11:16 20:18
25:15
parties 4:3
52:8
partner 9:14
party 50:6
pay 25:12 38:6
43:23,24
payment 36:9
45:24
penalties 4:6
pending 5:14
people 11:15
13:7 19:2,7
25:3,7 30:21
33:8 38:6
perjury 4:6
person 25:15
32:17
personal 45:17
personally
48:4,7
person's 31:6
photographs
32:12

**physically**
15:14 34:15
**pilings** 26:14
**pilot** 9:2
**place** 34:8,11
36:2 37:4
42:21 47:14
**placed** 12:24
26:14 35:19
**Plaintiff** 1:8
2:5
**plans** 26:7 29:2
**please** 6:3
10:15 50:13
51:6
**plumber** 25:6
**plumbers** 25:1
25:5
**plus** 33:21
**point** 13:14,16
30:14 37:2
38:4 45:3
**policies** 34:15
35:18,22 47:1
**policy** 31:19
33:18 46:17
**pool** 21:18 23:8
41:11
**pop** 16:11
**position** 6:20
**premium**
43:18
**present** 15:12
15:13 25:19
26:7 32:20
39:10
**presentation**
16:5
**president** 6:21
6:22 15:7
**pretty** 24:18
41:18
**prior** 7:15 9:6
45:10
**probably** 15:8
22:14 46:9

**problems** 36:1
**Procedure**
1:15
**producing** 34:5
**production**
4:16
**professional**
43:13
**project** 22:16
22:21
**prolific** 40:24
**promissory**
17:16
**properties** 19:6
47:8
**property** 7:2
7:11,15,18
8:6 9:21
10:19 15:14
17:6,13 18:18
20:9,13 21:10
22:4,6 23:13
23:20 24:21
31:13 32:8,15
33:5 34:1
45:10,12,21
46:6,18 48:1
**proposal** 14:24
15:4,10 30:8
30:13
**proposals**
15:20 17:1
**provide** 34:12
**provided** 29:5
**provisions** 1:14
**Public** 1:16
4:18 51:7
52:3,13
**purchased**
7:13 9:1
48:19
**purchasing**
7:19
**purpose** 48:10
**purposes** 20:1
**pursuant** 1:14

**put** 26:20
47:16
**putting** 21:1
26:17

---

**Q**

**qualified** 19:2
**question** 5:3,14
5:15 16:10,15
26:13 30:9
34:6
**questions** 5:2
38:20,23
**quickly** 5:7
**quotes** 14:11

---

**R**

**read** 4:4 51:20
**reading** 4:6
50:10 51:4
**real** 40:22
**really** 10:18
20:21 21:19
24:5,9 34:16
35:19 36:10
39:8,16 44:23
46:3 48:22
**Realty** 7:4,6,10
23:6,14,19,24
24:11 25:10
**reason** 5:12
51:5,11,12,13
51:14,15,16
51:17,18,19
**reasons** 50:11
**recall** 5:18 8:11
16:22 17:2
20:17,24
29:18 44:18
44:20 46:11
47:23
**receive** 33:18
46:22
**RECEIVED**
50:16
**record** 6:6 49:2

**50:6 51:22**
52:6
**records** 10:22
12:19
**record's** 5:23
**refer** 41:22
51:8
**referenced**
21:6
**referring** 5:22
35:6
**refinanced**
35:2
**refinancing**
17:5,13,22
18:9 20:19
35:4
**refresh** 17:11
**related** 11:3
20:4 52:7
**relationship**
28:20 42:10
43:2,6 44:4
**relied** 33:16
47:18
**rely** 25:2 37:16
**relying** 31:2
43:5
**remember** 16:8
29:20 30:1,11
39:16 45:11
**renovations**
20:18 24:14
**renting** 23:22
**repairs** 24:23
**rephrase** 5:4
**replace** 26:7,10
50:15
**replaced** 26:3,5
26:6
**replacement**
26:19
**reporter** 1:15
5:19 52:3
**represent** 4:24
**request** 5:14

**19:8,11**
**required** 51:7
**requirements**
34:7 35:3,7
**reserved** 4:10
**resolved** 46:12
**respective** 4:3
**response** 15:22
**responsibiliti...**
11:16
**responsibility**
11:7
**responsible**
11:9
**result** 25:24
**retained** 19:12
**retired** 10:11
10:14,23 11:5
11:10,21
14:16
**returns** 11:2
**review** 10:22
15:4 19:11,15
34:23 35:15
**reviewed** 46:20
**reviewing**
15:20
**re-marked**
41:22
**Rick** 18:2
**ridiculous** 37:3
**right** 11:19
34:2 36:24
40:13 41:2
43:2
**role** 31:6
**rooms** 24:22
**Rose** 2:7 3:5
4:22,24 41:20
42:1 48:6
50:7
**rough** 41:9
**roughly** 12:13
17:12 41:2
**Rule** 1:14
**Rules** 1:15

| | | | | |
|---|---|---|---|---|
| running 14:5<br>14:12<br>**S**<br>S 2:3 3:12 4:1,1<br>50:3<br>**SALTZMAN**<br>2:8<br>**sat** 16:17<br>**satisfactorily**<br>4:15<br>**satisfied** 15:22<br>32:7 34:4<br>47:11,16<br>**satisfy** 33:16<br>34:10<br>**saw** 14:19<br>**saying** 19:9<br>32:22 37:2,22<br>38:9<br>**says** 5:21 48:9<br>**screwed** 37:5<br>**seal** 52:10<br>**second** 48:24<br>**see** 5:22 10:20<br>31:19<br>**seen** 30:8,10<br>41:19 42:4,8<br>42:23<br>**selected** 19:6<br>**sell** 14:23<br>**Semantics**<br>19:10<br>**sent** 28:22<br>**service** 18:22<br>**set** 23:7 52:5,9<br>**sheet** 13:8 50:1<br>50:3,5,12,15<br>51:3,6,7,8<br>**sheets** 20:23<br>**She'd** 40:1<br>**Shorthand**<br>1:15 52:3<br>**show** 12:10<br>30:6 38:21<br>40:1 41:16 | 42:17<br>**showed** 35:9<br>**sign** 11:2 50:12<br>51:7<br>**signature**<br>42:24 50:1<br>**signed** 4:5 50:5<br>50:15<br>**significant**<br>20:18 21:2<br>**signing** 4:7<br>**simply** 47:15<br>**sir** 30:9<br>**sit** 15:9 16:4<br>**sites** 26:10<br>**sits** 7:3<br>**six** 9:18<br>**skill** 52:6<br>**slips** 40:21<br>**slow** 5:7<br>**sold** 18:5<br>**solicit** 14:10<br>**solid** 26:17<br>**somebody**<br>18:23 29:10<br>31:8 32:16<br>45:14<br>**someplace**<br>48:10<br>**son** 11:13<br>**son-in-law**<br>11:12<br>**sophisticated**<br>24:6<br>**sorry** 8:17 21:8<br>26:12 40:12<br>**sound** 43:2<br>**speak** 44:12<br>**specific** 10:15<br>30:2,15 42:7<br>42:15 44:18<br>**specifically**<br>22:12 30:7<br>38:23<br>**split** 12:8<br>**spoke** 44:10 | **spot** 26:20<br>**ss** 52:1<br>**start** 8:2,4<br>26:13<br>**started** 40:14<br>**state** 6:5 24:18<br>**stated** 33:7,14<br>**statement**<br>31:19<br>**statements**<br>35:13 51:22<br>**STATES** 1:4<br>**status** 29:15<br>**stipulated** 4:2<br>**street** 2:8 6:10<br>**streets** 25:2<br>**strict** 33:20<br>**strike** 4:10<br>**stuff** 24:6<br>28:11 31:22<br>33:7 35:12<br>**subs** 22:23<br>**subscribe**<br>51:21<br>**subsequently**<br>15:23<br>**suing** 37:19<br>38:8<br>**supplied** 50:12<br>**supposed**<br>48:11<br>**sure** 5:23 17:7<br>17:19 19:4<br>23:7 24:4<br>30:11,12,15<br>33:10,12 34:9<br>35:5 41:3<br>44:17 45:15<br>45:16<br>**sweep** 25:2<br>**swimming**<br>21:18 23:8<br>**switch** 40:18<br>**sworn** 4:17<br>52:5 | **T**<br>T 3:12 4:1,1<br>**take** 5:11,15<br>27:12 35:13<br>35:14,22 49:1<br>**taken** 26:1<br>32:15<br>**talk** 5:7 20:7<br>21:5 23:23<br>**talking** 6:3<br>15:5 21:12<br>41:10 45:20<br>45:21 48:5<br>**tax** 11:2<br>**TD** 18:6<br>**telephone**<br>44:22,23<br>**tell** 13:15 25:23<br>33:4 34:17<br>35:16 40:3<br>46:16 47:17<br>47:19<br>**ten** 13:22<br>**tenant** 23:21<br>**tend** 5:7<br>**terminate**<br>42:11<br>**terminated**<br>43:4<br>**termination**<br>44:4<br>**terms** 17:1,22<br>30:17 33:4<br>35:18<br>**testified** 4:18<br>**testimony**<br>50:11 51:5<br>52:6<br>**therefor** 50:12<br>51:6<br>**thereof** 50:5<br>**they'd** 40:1<br>**thing** 5:13<br>16:18 29:20<br>**things** 10:20<br>20:23 24:24 | 38:7 45:9<br>46:1<br>**think** 11:19<br>16:10 27:13<br>28:8 30:13,19<br>30:23 31:5<br>38:11 39:13<br>44:5<br>**thought** 29:21<br>30:21 31:1<br>38:12 43:13<br>**thousand**<br>27:19<br>**three** 18:5<br>41:13<br>**time** 4:11 5:2<br>7:22 8:12<br>13:10,14,16<br>14:7 15:5<br>17:3 22:14<br>25:22 30:14<br>32:16,16<br>42:22 43:19<br>49:1<br>**times** 18:5 27:4<br>43:14,17<br>**Tobin** 20:3<br>25:22 47:5,11<br>**today** 21:5<br>**told** 14:6 31:22<br>31:23 32:1<br>36:23 38:13<br>**totally** 38:12<br>47:18<br>**tour** 32:8,15<br>**transcript** 4:4<br>4:8 50:7,13<br>50:15 51:4,6<br>51:8,20,22<br>**trial** 4:11<br>**tripping** 45:14<br>**true** 23:16 24:8<br>52:6<br>**trust** 7:4,6,10<br>7:13,15,19<br>15:23 23:6,19 |

Page  8

| | | | | |
|---|---|---|---|---|
| 23:24 24:11 25:10 | waived 4:7 | whale 40:22 | 23:10 | **2006** 42:14 |
| **trustee** 7:8 | **walk** 18:18 | **wharf** 8:13 26:15 | **years** 6:13 9:4 9:18 11:20 | **2007** 42:14 43:1 |
| **try** 5:23 45:23 | **walls** 21:1 | **WHEREOF** 52:9 | 13:22 25:8 36:19 43:7,15 | **2009** 1:18 51:2 52:10 |
| **trying** 16:15 38:5 41:8 | **want** 5:9,12 19:4 24:5 33:22 | **William** 2:7 50:7 | **yellow** 13:8 | **2016** 52:15 |
| **TUCKER** 2:8 | **wanted** 29:2 33:10,12 38:19 | **wish** 26:4 | ——————— | **21** 30:6 |
| **two** 9:4 18:5 28:9 31:5 | **wants** 35:21 | **withdraw** 26:13 | **Z** | **22** 1:18 51:2 |
| **type** 33:7 | **wasn't** 36:24 38:14 41:8 | **witness** 1:14 4:13 45:19 | **Z** 5:21 | **22-unit** 21:17 22:7,10 24:15 |
| **types** 14:3 | **watching** 40:22 | 52:4,6,9 | ——————— | **23rd** 17:17 |
| **typical** 12:13 14:18 | **Watson** 1:10 4:24 12:16 | **word** 16:18 34:19 | **$** | **25** 42:17 |
| **typically** 15:12 15:21 16:1 | 13:13,16,24 14:1,1,4,19 | **work** 6:16 9:13 43:23 | **$100,000** 27:14 27:16 | **283-8100** 2:5 |
| ——————— | 16:5,6 28:2,6 | **workers** 45:13 | **$3,000,000** | ——————— |
| **U** | 31:24 32:1,9 | **working** 6:14 | 29:21 36:24 | **3** |
| **U** 4:1 | 32:11,14 33:3 | 6:18 9:5 | ——————— | **3** 6:11 17:9 |
| **ultimately** 37:7 37:14 | 33:6,16 34:12 36:16 37:19 | 29:21,23 | **0** | **3,000,000** 36:22 |
| **underinsured** 46:15 | 37:23 38:10 | **works** 35:10 37:12 39:21 | **02110** 2:9 | **30** 1:14 4:8 |
| **understand** 5:3 21:7 | 39:11,21 40:9 42:11,21 43:3 | **world** 30:3 | **02740** 1:17 2:4 | 21:19 33:21 |
| **understanding** 23:24 | 43:7,24 44:3 44:6,10,15 | **worried** 45:4 | **07-11983** 1:5 | **30th** 12:10 |
| **uninsured** 46:3 46:15 | 47:21 48:15 51:1 | **worth** 29:8,8 31:1,17 | ——————— | **30-unit** 21:22 21:24 |
| **UNITED** 1:4 | **way** 20:17 30:2 52:8 | **wouldn't** 36:17 46:10 | **1** | **3013** 6:11 |
| **units** 21:19 23:22 | **went** 14:7 | **write** 33:8 | **1** 1:1 | **37** 36:18 |
| ——————— | 20:15 29:7,23 40:19 43:9 | **wrote** 32:18 | **1st** 52:10 | ——————— |
| **V** | **weren't** 30:15 | ——————— | **10:05** 1:18 | **4** |
| **value** 29:6 | **Western** 1:17 2:4 | **X** | **100** 2:8 | **4** 3:5 17:15 |
| 30:22 31:20 32:1 36:4 | **we'll** 5:15 6:1 | **X** 3:1,12 5:21 | **11:20** 49:4 | **40** 25:8 |
| 47:24 | **we're** 5:24 6:2 | ——————— | **12** 23:10 | ——————— |
| **values** 19:24 | 21:5 33:19 | **Y** | **13** 6:13 11:20 | **5** |
| 20:8 31:9,12 31:21 33:5 | 34:14 41:10 46:3 | **Y** 5:21 | 41:1,7,7,8 | **50** 51:8 |
| 47:8 48:16 | **we've** 25:7 | **yard** 8:8 15:13 | **14** 41:16,19 | **52** 1:1 |
| **Vietnam** 9:2 | 28:8 33:1 | 16:3,12,20 | 42:4 | **557-9696** 2:9 |
| **volume** 1:1 | 38:21 45:5,15 | **yeah** 11:13 | **15th** 12:9 | ——————— |
| 50:10,13 51:7 | 46:4,5 | 21:4 24:23 | **1964** 8:23 | **6** |
| **vs** 1:9 51:1 | | 29:17 30:19 | **1972** 6:23 7:12 | **617** 2:9 |
| ——————— | | 37:2 41:18 | 8:5 11:24 | ——————— |
| **W** | | 46:9 | 12:4 40:13 | **7** |
| | | **year** 10:24 12:6 | **1988** 22:13 | **7** 52:15 |
| | | 12:9,13 14:18 | **1995** 6:17,23 | **70s** 22:3 |
| | | | 12:5 | **72** 12:12 |
| | | | ——————— | **75** 7:1 |
| | | | **2** | ——————— |
| | | | **2** 17:11 30:7 | **8** |
| | | | **20** 43:7,15 | **80s** 40:17 |
| | | | **2000s** 17:6 | |
| | | | **2003** 17:11,17 | |
| | | | 20:12,20 35:2 | |

|   9   |
|-------|
| **95** 12:12 |
| **978** 2:5 |